UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK KEITH WEBSTER,

    Plaintiff,

    v.

RACHAEL GOODPASTER, et al.,

    Defendants.

No. 2:20-cv-0595-JAM-EFB P

ORDER

    Plaintiff, a county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 29, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 29, 2020, are adopted in full;
2. Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted; and
3. The Clerk is directed to close the case.

DATED: June 29, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE